opinion filed March 8, 1948; released for publication April 5, 1948. Earl S. Hodges, for appellant; Duane L. Traynor, of counsel; Herbert L. Cantrill, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.

## Carl J. Bansbach et al., Appellees, v. Allied Machine and Welding Company, Appellant.

### Gen. No. 9,571.

opinion filed March 8, 1948; released for publication April 5, 1948. Costigan, Wollrab & Yoder, for appellant; John E. Cribbet, of counsel; J. Oscar Hall and Ward, Moore & Ward, for appellees. Opinion by JUSTICE HAYES. Not to be published in full.

## Frank Ketter, Appellee, v. City of Highland Park and P. E. Cole, City Engineer and Acting Building Inspector, Appellants.

### Gen. No. 10,167.